```
1  Leslie Mann State Bar No.: 95467
   lmann@millermannlaw.com
2  Joseph Miller State Bar No.: 109032
   jmiller@millermannlaw.com
3  Miller and Mann LLP
   1 Embarcadero Center Suite 4100
4  San Francisco, CA 94111
   Telephone: (415) 889-6515
5  Facsimile: (415) 889-6516

6  Attorneys for Defendants
   Premiere International, Corp.
7  and Peak DMC North America Inc.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, | CASE NO. 4:15-cv-1867 CRB |
| Plaintiff, | STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND ORDER |
| v. | |
| PREMIERE INTERNATIONAL CORP. and PEAK DMC NORTH AMERICA INC., | |
| Defendants. | |

MARKEL AMERICAN INSURANCE COMPANY, Plaintiff, and PREMIERE INTERNATIONAL CORP. and PEAK DMC North America Inc. Defendants, [hereinafter collectively referred to as "Defendants"] by and through their counsel hereby stipulate:

1. On July 30, 2015, a Settlement and Mutual Release Agreement was approved and formally executed by all of the parties and their representatives. Other than dismissal with prejudice of the litigation as requested herein, all of the terms of the Agreement have been fulfilled by all of the parties.

PII006                    1         STIPULATION AND ORDER OF DISMISSAL

2. In consideration of the promises set forth therein, the Parties agree to settle and dismiss with prejudice the Action against all Parties and request that the Court dismiss with prejudice all claims alleged herein.

IT IS SO STIPULATED.

DATED: August 21, 2015

LITTLER MENDELSOHN

By: _____
Ronald Peters
Attorneys for Plaintiff
Markel American Insurance Company

DATED: August 21, 2015

Miller and Mann LLP

By: _____
Leslie J. Mann
Attorneys for Defendants
PREMIERE INTERNATIONAL CORP.
and PEAK DMC NORTH AMERICA
INC.

Based on the Stipulation for Dismissal of All Claims filed herein, and good cause appearing,

IT IS HEREBY ORDERED that all claims alleged herein are dismissed with prejudice against all Defendants.

IT IS SO ORDERED.

DATE: August 27, 2015

_____
Charles R. Breyer
United States Judge